UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GERALD PALMER, JR.        ,

           Plaintiff(s),

v.

SCRIPPS MEDIA, INC.

           Defendant(s).
_____/

Case No.  24-cv-12353
HONORABLE  Brandy R. McMillion

# STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:
  Scripps Media, Inc.                                        (party name),

who is a (check one) ☐ PLAINTIFF  ☒ DEFENDANT  ☐ OTHER: _____ makes the following disclosure: [1]

## PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☒ This party is a corporation incorporated in the State of __Delaware__ and with a principal place of business in the State of __Ohio__.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☒ This party has one or more parent entities.
    If so, identify all parent entities.
__The E.W. Scripps Company__

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☒ This party has one or more subsidiaries.
    If so, identify all subsidiaries.

Scripps Broadcasting Holdings LLC

Kitchen & Dig, LLC (inactive)

☒ This party has one or more affiliates.
    If so, identify all affiliates.

See Attached Exhibit A for a list of all affiliates as defined by

Local Rule 83.4(b)(1)

☒ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.
The E.W. Scripps Company

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: __/s/Thomas J. Davis__
Printed Name: __Thomas J. Davis__
Bar Number: __P78626__
Firm Name: __Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.__
Address: __280 N. Old Woodward Ave., Ste. 400__
City, State, Zip Code: __Birmingham, MI 48009__
Phone/Fax: __(248) 645-0000__
Email Address: __tdavis@khvpf.com__

Date: __November 20, 2024__

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                          */s/Thomas J. Davis*
                                          Thomas J. Davis (P78626)
                                          Kienbaum Hardy
                                          Viviano Pelton & Forrest, P.L.C.
                                          280 North Old Woodward Ave., Ste. 400
                                          Birmingham, MI 48009
                                          (248) 645-0000
                                          tdavis@khvpf.com

## Exhibit A to Scripps Media, Inc.'s
## Statement of Disclosure of Citizenship and Financial Affiliations

The following is a list of Scripps Media Inc.'s affiliates as defined by LR 83.4(b)(1), as all are under common control of The E.W. Scripps Company along with Scripps Media, Inc.:

- Journal Holdings, Inc. (inactive)
- Scripps Licensing, Inc.
- Scripps National Spelling Bee, Inc.
- Scripps Shared Services Company
- Scripps National Division Holding Company
- ION Media Networks, Inc.
- Airbox Television, Inc. (inactive)
- Urban Television, LLC (inactive)
- Nuvyyo USA, LLC
- Nuvyyo, Inc.