UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GERALD PALMER, JR., | Case No. 24-cv-12353 |
| Plaintiff, | |
| | Hon. Brandy R. McMillion |
| v. | |
| | Magistrate Judge David R. Grand |
| SCRIPPS MEDIA, INC., | |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiff Gerald Palmer, Jr. and Defendant Scripps Media, Inc. jointly submit the following status report regarding their negotiations over Plaintiff's Rule 30(b)(6) deposition notice.

The parties report that they have reached a compromise agreement on the appropriate scope of all topics.

As for the depositions:

- Pauline Retty will testify as the 30(b)(6) witness on Topics Nos. 2, 4, and 7 on February 10, 2025, the same day her individual deposition will proceed.

- Donn Bousquet will testify as the 30(b)(6) witness on Topics Nos. 6 and 10. He was noticed for individual deposition on March 7, 2025,

1

and is available on that date. He will testify on the 30(b)(6) topics on the same date as his individual deposition.

- Katie (Ford) Wilson will testify as the 30(b)(6) witness on Topics Nos. 1, 3, and 11-15. She was noticed for individual deposition on March 19, 2025, and is available on that date. She will testify on the 30(b)(6) topics on the same date as her individual deposition.

- Scripps will identify the deponent for Topics Nos. 5, 8, and 9 next week and Plaintiff will work with Scripps to identify a mutually-available date for the lawyers and the witness for the taking of that deposition.

Respectfully submitted,

| CARLA D. AIKENS, P.L.C. | KIENBAUM HARDY VIVIANO PELTON & FORREST, PLC |
|---|---|
| By: */s/ Austen J. Shearouse* (by permission)<br>   Carla D. Aikens (P69530)<br>   Austen J. Shearouse (P84539)<br>*Attorneys for Plaintiff*<br>615 Griswold St., Ste. 709<br>Detroit, MI  48226<br>carla@aikenslawfirm.com<br>austen@aikinslawfirm.com | By: */s/ Thomas J. Davis*<br>   Thomas J. Davis (P78626)<br>   Lauren J. Walas (87669)<br>*Attorneys for Defendant*<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>tdavis@khvpf.com<br>lwalas@khvpf.com |
| Dated:  February 7, 2025 | Dated:  February 7, 2025 |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Thomas J. Davis*
                                        Thomas J. Davis (P78626)
                                        Kienbaum Hardy
                                        Viviano Pelton & Forrest, P.L.C.
                                        280 N. Old Woodward Ave., Ste. 400
                                        Birmingham, MI 48009
                                        (248) 645-0000
                                        tdavis@khvpf.com