UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD PALMER, JR.,

  Plaintiff,

v.

SCRIPPS MEDIA, INC.,

  Defendant.

Case No. 24-cv-12353

Hon. Brandy R. McMillion

Magistrate Judge David R. Grand

**Defendant's Brief in Opposition to Plaintiff's Motion for Protective Order Regarding Scope of Subpoenaed Medical Records**

** DOCUMENT TO BE FILED UNDER SEAL**

**SEALED PURSUANT TO MAY 7, 2025 ORDER**