**EXHIBIT L**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

**GERALD L. PALMER, JR.**

    Plaintiff,

v

**BUSH'S INC., d/b/a
BUSH'S FRESH FOOD MARKET,**

    Defendant.

Case No. 19-178373-NO
Hon. Phyllis C. McMillen

___

| **HALL MAKLED, P.C** | **FOLEY & MANSFIELD, P.L.L.P.** |
|---|---|
| Cyril C. Hall (P29121) | Matthew T. Wise (P76794) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 23756 Michigan Ave., Suite 300 | 130 E. 9 Mile Rd. |
| Dearborn, MI 48124-1853 | Ferndale, MI 48220-3728 |
| (313) 788-8888 | (248) 721-4200 |
| cyrilhalllaw@sbcglobal.net | mwise@foleymansfield.com |

___

**MOTION TO ENFORCE SETTLEMENT**

NOW COMES Plaintiff, Gerald L. Palmer, Jr. by and through his attorney Cyril C. Hall of HALL MAKLED, PC, and for his instant motion states as follows:

1. The is a false imprisonment case wherein Plaintiff was accused of shoplifting at Defendant's store, whereupon he was escorted to the store's office and unreasonably detained without probable cause, causing Plaintiff emotional, economic, and reputational damage.

2. That the instant matter settled at mediation where both sides accepted the mediator's proposed settlement figure.

3. That a Settlement Agreement and General Release was signed by Plaintiff on December 17, 2020 and forwarded to Defense Counsel on the same day.

FEE

FILED Received for Filing Oakland County Clerk 2/8/2021 11:52 AM

4. The instant matter was then dismissed per a Stipulated Order, which was signed by this Court on December 28, 2020.

5. That Plaintiff inquired as to the status of the settlement draft on January 8, 2021 and again January 25, 2021. Defense Counsel replied on January 26, 2021 and stated: "We are following up on the status of the settlement check, will get back to you. Thanks for your patience."

6. That as of February 8, 2021, Plaintiff has yet to receive the settlement draft.

7. There is no justification for Defendant's failure to finalize the settlement of this action, as previously promised and agreed. Accordingly, Plaintiff has been and continues to be severely harmed and prejudiced and has also had to incur additional costs and attorney fees for having to have his Counsel prepare, file and argue this Motion.

**WHEREFORE**, Plaintiff, respectfully requests that this Honorable Court grant his Motion and enter an Order to Compel Defendant to immediately pay and otherwise satisfy the Settlement Agreement, in full, by issuing a check or draft payable to Plaintiff, Gerald Palmer, and his Counsel, Hall Makled, PC, for the amount agreed to in the Settlement Agreement, and deliver or cause to be delivered the said settlement check to the office of Plaintiff's Counsel within forty-eight (48) hours of the entry of this Order.

Respectfully submitted,

/s/Cyril C. Hall
Attorneys for Plaintiff
23756 Michigan Ave., Suite 300
Dearborn, MI 48124-1853
(313) 788-8888