## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GERALD PALMER, JR.,

     Plaintiff,

v.

SCRIPPS MEDIA, INC.,

     Defendant.

Case No. 24-cv-12353

Hon. Brandy R. McMillion

Magistrate Judge David R. Grand

_____

## ORDER REGARDING SEALING

On July 18, 2025, Defendant filed a Motion for Summary Judgment (ECF No. 22) and inadvertently failed to redact Plaintiff's date of birth from his deposition transcript, which was attached as Exhibit A to Defendant's Brief in Support of Summary Judgment (ECF No. 22-2). Accordingly, the Court hereby **ORDERS** that Exhibit A to Defendant's Brief in Support of Summary Judgment (ECF No. 22-2) be sealed and further **ORDERS** Defendant to file a redacted version of Exhibit A.

**IT IS SO ORDERED.**

Dated:  July 22, 2025

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

1