UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GERALD PALMER, JR., )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>SCRIPPS MEDIA, INC., )<br>)<br>DEFENDANT. )<br>)<br>) | CIVIL ACTION NO. 24-cv-12353<br><br>HON. BRANDY R. MCMILLION |

**STIPULATED ORDER EXTENDING THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court upon the stipulation between the parties through their respective counsel to extend the deadline for Plaintiff's response because Plaintiff's counsel experienced a family medical emergency that conflicted with the response deadline on August 29, 2025; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the deadline for Plaintiff's Response to Defendant's Motion for Summary Judgment be extended from August 29, 2025 to September 2, 2025.

**IT IS FURHTER ORDERED** that the that the deadline for Defendant's Reply is extended to on or before September 23, 2025.

1

2

**IT IS SO ORDERED**.

Dated: September 1, 2025    s/Brandy R. McMillion
Hon. Brandy R. McMillion
U.S. DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

So stipulated:

<u>/s/ Carla D. Aikens</u>
By: Carla D. Aikens
Carla D. Aikens, P.L.C.
615 Griswold Street, Suite 709
Detroit, MI 48226
Tel: 844-835-2993
Fax: 877-454-1680
carla@aikenslawfirm.com
*Attorneys for Plaintiff*

/s/__Thomas J. Davis_w/ consent
KIENBAUM HARDY VIVANO
PELTON & FORREST, P.L.C
Thomas J. Davis (P78626)
Lauren J. Walas (P87669)
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
tdavis@khvpf.com
lwalas@khvpf.com
Attorneys for Defendant

2